# Court of Appeals of the State of Georgia

ATLANTA, February 20, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0936. TEVIN-JUWAN SAMS v. TILMAN EUGENE SELF, III.**

Tevin-Juwan Sams, an inmate who is proceeding pro se, filed a civil action against Judge Tilman Eugene Self, III. On November 15, 2023, the trial court entered an order dismissing Sams's complaint. On December 19, Sams filed a notice of appeal. We lack jurisdiction for two reasons.

First, under the Prison Litigation Reform Act, any appeal in a civil case that was initiated by a prisoner must come by discretionary application. See OCGA § 42-12-8; *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). Because Sams is incarcerated, he was required to file an application for discretionary review to obtain appellate review of the trial court's order. "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Sams's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal.

Second, even if Sams had a right of direct appeal over the trial court's order, this appeal would be untimely. A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). "[T]he proper and timely filing of the notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015) (citation and punctuation omitted). Here, Sams filed his notice of appeal 34 days after the trial court entered its order.

For both of these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _02/20/2024_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*